MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
TOBY BLOME

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TOBY BLOME,<br><br>   Defendant. | NO. 2:13-mj-0206 AC<br><br>WAIVER OF DEFENDANT'S APPEARANCE<br><br>Date: July 9, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Allison Claire |

   Pursuant to Fed.R.Crim.P. 43, defendant, TOBY BLOME, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, further arraignments, motions hearings, entries of plea and status conferences. The defendant agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present.

   The defendant further acknowledges that she has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)

Waiver of defendant's presence

and authorizes her attorney to set times and dates under that Act without his personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: July 9, 2013

                     /s/ TOBY BLOME
                     TOBY BLOME
                     (Original retained by attorney)

I concur in the defendant's decision to waive her presence at future proceedings.

Dated: July 9, 2013         Respectfully submitted,

                     MARK J. REICHEL
                     Attorney at Law


                     /s/ Mark J. Reichel
                     Attorney for Defendant

IT IS SO ORDERED.

Dated: July 9, 2013

                     ALLISON CLAIRE
                     United States Magistrate Court Judge

Waiver of defendant's presence