Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
ROBIN RYAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>BARRY BINKS, et al.,<br><br>                    Defendants. | No. 2:13-MJ-00206-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Stanley, Assistant United States Attorney, attorney for plaintiff; Mark Reichel, attorney for defendant Mari Blome; Linda Harter, attorney for defendant William Doub; Joseph Marman, attorney for defendant Martha Hubert; and Michael Hansen, attorney for defendant Robin Ryan, that the previously-scheduled bench trial date of December 2, 2013, be vacated and the matter set for bench trial on January 13, 2014, at 9:00 a.m.

This continuance is requested to accommodate defendants' schedules.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

1

**Stipulation and [Proposed] Order to Continue Bench Trial**

stipulation, October 17, 2013, to and including January 13, 2014.

  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 17, 2013 | Respectfully submitted, |
| | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant<br>ROBIN RYAN |
| Dated:  October 17, 2013 | /s/ Michael E. Hansen for<br>MARK REICHEL<br>Attorney for Defendant<br>MARI BLOME |
| Dated:  October 17, 2013 | HEATHER E. WILLIAMS<br>Federal Defender |
| | By: /s/ Michael E. Hansen for<br>LINDA HARTER<br>Attorney for Defendant<br>WILLIAM DOUB |
| Dated:  October 17, 2013 | /s/ Michael E. Hansen for<br>JOSEPH MARMAN<br>Attorney for Defendant<br>MARTHA HUBERT |
| Dated:  October 17, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Michael E. Hansen for<br>MICHAEL STANLEY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense

**Stipulation and [Proposed] Order to Continue Bench Trial**

1  counsel to this stipulation reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.  The Court finds that the ends of justice to be served by
3  granting the requested continuance outweigh the best interests of the public and the defendants
4  in a speedy trial.
5       The Court orders that the time from the date of the parties' stipulation, October 17,
6  2013, to and including January 13, 2014, shall be excluded from computation of time within
7  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18
8  U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to
9  prepare).  It is further ordered that the December 2, 2013, bench trial shall be continued until
10 January 13, 2014, at 9:00 a.m.
11      **IT IS SO ORDERED**.
12 Dated: October 18, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Continue Bench Trial**